UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM K. GOODE,

    Plaintiff,

v.

CASE NO. 06-14804
HON. LAWRENCE P. ZATKOFF
MAGISTRATE JUDGE MONA K. MAJZOUB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**OPINION AND ORDER**

Plaintiff filed the instant case seeking Social Security disability insurance benefits. This matter currently comes before the Court on Magistrate Judge Majzoub's Report and Recommendation [dkt 30] of February 7, 2008, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be DENIED [dkt 18] and Defendant's Motion for Summary Judgment be GRANTED [dkt 23]. Plaintiff has filed objections to the Report and Recommendation.

After a thorough review of the transcript, the respective parties' Motions, the Report and Recommendation, and Plaintiff's objections, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

Accordingly, Plaintiff's Motion for Summary Judgment is DENIED, and Defendant's Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED.


                                             s/Lawrence P. Zatkoff
                                             LAWRENCE P. ZATKOFF
                                             UNITED STATES DISTRICT JUDGE

Dated: February 28, 2008

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 28, 2008.


                                             s/Marie E. Verlinde
                                             Case Manager
                                             (810) 984-3290